UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY WARREN RADFORD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CV 1720 RWS |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion for appointment of counsel. I am denying appointment of counsel without prejudice, as I do not believe appointment of counsel is warranted at this time under the relevant factors. *See Battle v. Armontrout*, 902 F.2d 701, 702 (8th Cir. 1990) (factors relevant to appointment of counsel include whether plaintiff has presented non-frivolous allegations, whether there is a need for investigation, and whether factual and legal issues are complex). I am also denying the "motion to provide a choice-card" as it presents no legal or factual basis for relief.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for appointment of counsel [2] is denied without prejudice.

**IT IS FURTHER ORDERED** that the "motion to provide a choice-card" [3] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of November, 2015.