UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKY WARREN RADFORD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:15 CV 1720 RWS |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

As plaintiffs present no factual or legal arguments convincing me that my prior decision was in error,

**IT IS HEREBY ORDERED** that the motion for reconsideration [6] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2015.