UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY WARREN RADFORD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CV 1720 RWS |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiffs' latest motion seeks relief the Court cannot provide and is largely incomprehensible, so it is denied. Plaintiffs are really seeking legal advice from this Court about how to properly effectuate service – this, the Court cannot do. Plaintiffs chose to file this lawsuit on their own behalf, and it is their responsibility to ensure proper service of process. Moreover, I also note that plaintiffs are improperly attempting to force defendants to participate in discovery conferences before this case has even been set for a Rule 16 conference. Finally, to the extent the instant motion seeks to shorten defendants' response time to the amended complaint, it is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' "motion to order agent authorized by appointment or by law and correction" is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  15th  day of January, 2016.