UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY WARREN RADFORD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CV 1720 RWS |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Plaintiffs' "objection and clarification" has not been served on defendants. I directed the Clerk of the Court to accept this document and file it, but any future motions must contain a certificate of service in compliance with the governing Local and Federal Rules of Civil Procedure or they will not be accepted by the Clerk of the Court for filing and will be returned to plaintiffs. To the extent this documents seeks relief, it is denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' "objection and clarification" [22] is denied.

  
_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2016.