UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY WARREN RADFORD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15 CV 1720 RWS |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

As defendant United States of America has moved for dismissal of plaintiffs' claims, I will grant plaintiffs until February 16, 2016, to respond to the motion to dismiss, **which shall comply with the page limitation set out in the local rules and contain, at the end of the document, one certificate of service only evidencing service on all defendants**. Defendant should file a reply brief by February 23, 2016, which shall include a discussion of whether, and to what extent, defendant's arguments would also require dismissal of plaintiffs' claims against the remaining defendants as well. Moreover, as defendant contends that service of process is improper as to the remaining defendants, defendant shall set out why service is improper.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall file any opposition to the motion to dismiss [24] by no later than **February 16, 2016**, **and any opposition shall comply with the requirements set out above**. **Failure to timely respond to the motion to dismiss will result in the Court granting the motion without further notice by the Court.** Defendant shall file a reply brief as set out above by **February 23, 2016.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2016.