UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKY WARREN RADFORD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:15 CV 1720 RWS |
| UNITED STATES, et al., | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

Plaintiffs' "motion to postpone defendant's discovery request" will be denied as defendant has not served any discovery requests on plaintiffs. As defense counsel has already explained, the scheduled exams are unrelated to the instant litigation and do not constitute discovery. As such, the Court cannot order a stay of these exams.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' "motion to postpone defendant's discovery request" [34] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2016.