UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKY WARREN RADFORD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:15 CV 1720 RWS |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiffs' "motion to postpone defendant's psychology discovery request" will be denied for the same reason their "motion to postpone defendant's discovery request" [34] was denied. Defendant has not served any discovery requests, including a request for an independent medical examination, on plaintiffs. As previously stated, the scheduled exams are unrelated to the instant litigation and do not constitute discovery. As such, the Court cannot order a stay of these exams.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' "motion to postpone defendant's psychology discovery request" [36] is denied.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2016.